# EXHIBIT B

Insurance Commissioner
ACCEPTED SOP
MAY 22 2023
TIME: 1:4 pm

E-FILED
05-05-2023, 11:42
Scott G. Weber, Clerk
Clark County

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF CLARK

| | |
|---|---|
| SHERMAN CARRILLO,<br><br>  Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, doing business as TRAVELERS INSURANCE, a foreign corporation doing business in Washington,<br><br>  Defendant. | NO. 23-2-01102-06<br><br>SUMMONS |

TO THE DEFENDANT:

1. The plaintiff has started an action in the above court requesting a judgment be entered against you for damages.

   Additional requests, if any, are stated in the complaint for damages, a copy of which is attached to this summons.

2. You must respond to this summons and complaint by serving a copy of your written response on the person signing this summons and by filing the original with the clerk of the court. If you do not serve your written response within 20 days (or 60 days if you are served outside of the state of Washington) after the date this summons was served on you, exclusive of the day of service, the court may enter an order of default against you, and the court may, without further notice to you, enter a judgment and approve or provide for the relief requested in the complaint. If you serve a notice of appearance on the undersigned person, you are entitled to notice before an order of default or a decree may be entered.

3. You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

SUMMONS - 1

*Gavin Flynn, Attorney at Law*
*1499 SE Tech Center Place Suite 135*
*Vancouver, WA 98683*
*Phone: 360-260-5486*
*Fax: 360-883-9361*

4.  If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this _4th_ day of May, 2023.

_____
GAVIN FLYNN, WSBA # 25781
Attorney for Plaintiff

FILE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THE COURT AT:

SERVE A COPY OF YOUR RESPONSE ON:

[X] Plaintiff's Lawyer

Clark County Superior Court
1200 Franklin Street
Vancouver, WA 98660

Gavin Flynn
1499 SE Tech Center Place, Suite 135
Vancouver, WA 98683

SUMMONS - 2

*Gavin Flynn, Attorney at Law*
*1499 SE Tech Center Place Suite 135*
*Vancouver, WA 98683*
*Phone: 360-260-5486*
*Fax: 360-883-9361*